#### 13388.　RAGSDALE *v.* THE STATE.

LUKE, J.　Ragsdale was convicted of voluntary manslaughter. He made a motion for a new trial upon the usual general grounds and upon the ground of newly discovered evidence. The evidence authorized the conviction. As to the ground of newly discovered evidence a countershowing was made by the State. Upon a careful examination of the record this court cannot say that it was error to overrule the motion for a new trial. The newly discovered evidence was not, in our opinion, such as would likely produce a different result upon another trial.

　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

　　　　　　　DECIDED MAY 9, 1922.

Conviction of manslaughter; from Fulton superior court — Judge Humphries. January 14, 1922.

*Harwell, Fairman & Barrett, Frank A. Hooper & Son,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.